# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>IMPERIAL PAVING COMPANY INCORPORATED, a California corporation, and Does 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:18-CV-09463-R-PJW<br><br>**JUDGMENT** |

After full consideration of the pleadings and papers on file in this case, the evidence on record, and the argument of counsel, and GOOD CAUSE APPEARING THEREFOR:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff, Trustees of the Operating Engineers Pension Trust, shall recover from Defendant, Imperial Paving Company Incorporated, a California corporation, the principal amount of $1,114,531.88, plus attorneys' fees of $8,471.75, costs of $540.00, and post-judgment interest as provided by law from the date of entry of the judgment herein until paid in full.

Dated: March 18, 2019

_____
UNITED STATES DISTRICT JUDGE

**JUDGMENT**

1313090